UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R.,<br><br>        Plaintiff,<br><br>    v.<br><br>O'MALLEY, et al.,<br><br>        Defendant. | 23-cv-06385-VC<br><br>**JUDGMENT** |

Judgment is entered in accordance with the order remanding this case. *See* Dkt. No. [25]. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: August 19, 2024

_____
VINCE CHHABRIA
United States District Judge