UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| S.R.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COMMISSIONER SOCIAL SECURITY ADMINISTRATION, et al.,<br><br>　　　　Defendants. | Case No. 25-cv-10835-SVK<br><br>**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSE OF DETERMINING RELATIONSHIP** |

　　　　Pursuant to Civil Local Rule 3-12(c), it is hereby **ORDERED** that the above-entitled case is hereby REFERRED to the Honorable Vince Chhabria for consideration of whether the case is related to *Rodrigues v. KiJakazi et al.*, Case No. 23-cv-06385-VC.

　　　　**SO ORDERED.**

Dated: January 6, 2026

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　SUSAN VAN KEULEN
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge